SHANNON LORRAINE ANDERSON
616 US-90
APT 216
WAVELAND, MS 39576

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CITI CARD
ATTN: BANKRUPTCY
PO BOX 6500
SIOUX FALLS, SD 57117

COMENITY BANK
PO BOX 182125
COLUMBUS, OH 43218

DISCOVERCARD
PO BOX 30939
SALT LAKE CITY, UT 84130

EMBCC
PO BOX 981028
BOSTON, MA 02298

FNB OMAHA
ATTN: BANKRUPTCY
P.O. BOX 3128
OMAHA, NE 68103

FROST-ARNETT CO
P.O. BOX 1280
OAKS, PA 19456

KEESLER FCU
P.O.BOX 7001
BILOXI, MS 39531

MEMORIAL HOSPITAL
4500 13TH STREET
P.O. BOX 1810
GULFPORT, MS 39501

OCHSNER MEDICAL
PO BOX 669462
DALLAS, TX 75266

ONE ADVANTAGE
P.O. BOX 23860
BELLEVILLE, IL 62223

SLIDELL MEMORIAL
PO BOX 679504
DALLAS, TX 75267

SYNCHRONY
ATTN: BANKRUPTCY
PO BOX 965064
ORLANDO, FL 32896

SYNCHRONY BANK
ATTN: BANKRUPTCY DEPT
P.O. BOX 965065
ORLANDO, FL 32896